

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

October 3, 1961

Honorable William K. Peace        Opinion No. WW-1158
Acting State Librarian
Austin, Texas                     Re:  Construction of Sec. 2
                                       of the Position Classi-
                                       fication Act, and of
                                       Sec. 13b of Art. III,
                                       page III-188, Hiring
                                       Policies of the Appro-
                                       priation Act, in
                                       reference to employ-
                                       ing of two half-time
                                       employees to fill one
                                       full time position and
Dear Mr. Peace:                        related question.

          We are in receipt of your letter of recent
date in which you request an opinion from this office
regarding construction of Section 2 of the Position
Classification Act, and of Section 13b of Article
III, page III-188, Hiring Policies of the Appropriation
Act, in reference to employing two part-time employees
to fill one full time position.  From your letter we
quote the following question:

          "1.  Will the salary, if used full-
          time for some months of the year,
          and half-time for the remaining
          months, with the position filled
          by the same student employees as
          heretofore, be increased or
          adjusted at the same rate as if
          the position had been and would
          continue to be filled by the same
          employee on a constant full-time
          basis?"

          Section 13b(4) of Article III is set out as
follows:

          "(4)  Part Time Employees.  Regular
          full-time positions paid out of funds
          appropriated for 'Salaries of Classi-
          fied Positions' may also be filled by

part-time employees. In computing
salaries of these employees, the rate
of pay shall be proportional to the
regular rate authorized for full-
time employment."

It is the opinion of this office that under the
Position Classification Act the salary of a part-time
employee is to be determined in the same manner as the
salary of a full-time employee, and that it shall be
increased or adjusted as if the position were held by a
full-time employee. However, this increase or adjustment
would only be proportioned to the regular rate of
adjustment given to full-time employees. We are enclosing
a copy of our opinion WW-1135 for your information.

## S U M M A R Y

The salary of a part-time employee
under the Position Classification
Act is to be determined in the same
manner as the salary of a full-time
employee but on a proportioned
basis.

Yours very truly,

WILL WILSON
Attorney General of Texas

JTW:lgh

By J. J. Walker
J. T. Walker
Assistant

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

W. Ray Scruggs
Bob Eric Shannnon
Elmer McVey
John C. Steinberger

REVIEWED FOR THE ATTORNEY GENERAL
BY: Houghton Brownlee, Jr.